UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA WEINHEIMER,

      Plaintiff,

vs.                                                    Case No. 23-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.
_____/

DONALD W. BUSTA, JR. (P67544)
Attorney for Plaintiff
LEVINE BENJAMIN, P.C.
100 Galleria Officentre, Suite 411
Southfield, Michigan 48034
Phone (248) 352-5700
dbusta@levinebenjamin.com
_____/

**<u>PLAINTIFF'S COMPLAINT</u>**

NOW COMES Plaintiff, CARLA WEINHEIMER, by and through her attorneys, DONALD W. BUSTA, JR, and LEVINE BENJAMIN, P.C., and for her Complaint against Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, states as follows:

1. At all times, relevant hereto, Plaintiff, CARLA WEINHEIMER, is a resident of the City of Empire, County of Leelanau and State of Michigan.

2. At all times, relevant hereto, Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, is a foreign insurance corporation in good standing and continuously conducting business throughout the State of Michigan.

3. At all times, relevant hereto, Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, was compensated for and provided Long-Term Disability coverage pursuant to the terms of a group employee benefits plan provided for the benefit of Plaintiff, CARLA WEINHEIMER, and other employees, by their employer.

4. The Long-Term Disability insurance policy issued by Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, is a group employee benefit plan covered by and within the meaning of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq.

5. The terms of said contract of insurance obligated Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, to provide Plaintiff, CARLA WEINHEIMER, with Long-Term Disability Benefits in the event that Plaintiff was rendered unable to work due to injury, disease or other medical condition.

6. That Plaintiff, CARLA WEINHEIMER, suffers from medical conditions including but not limited to: generalized anxiety disorder, panic disorder,

major depressive disorder and insomnia. As a result, Plaintiff's conditions have made it impossible for her to work at her regular occupation as a principle architect.

7. Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, has wrongfully terminated Plaintiff's Long-Term Disability Benefits.

8. Defendant's termination of benefits was arbitrary and capricious and was contrary to medical and other evidence that overwhelmingly supports Plaintiff's claim of total and permanent disability. Defendant's refusal to pay Plaintiff's benefits therefore amounts to a breach of the contract for insurance.

9. Plaintiff, CARLA WEINHEIMER, has exhausted all required appeals and/or reconsideration processes provided by Defendant; nevertheless, Defendant refuses to resume payment of benefits rightfully due and owing to Plaintiff.

10. Plaintiff, CARLA WEINHEIMER, is a person empowered to bring a civil action under 29 U.S.C. § 1132(a)(1)(B) to force the Defendant to comply with the Act and pay Long-Term Disability Benefits to Plaintiff.

11. 29 U.S.C. § 1132(a)(1)(B) reads as follows:

    (a) Persons Empowered to Bring a Civil Action
    A civil action may be brought –

        (1) by a participant or beneficiary –

            (B) to recover benefits due to her under the terms of the plan, to enforce her rights under the terms of the plan, or to clarify her rights to future benefits under the terms of the plan[.]

12. As a result of Defendant's wrongful termination of Long-Term Disability Benefits, Plaintiff, CARLA WEINHEIMER, has sustained the following damages, including, but not limited to:

    (a) Loss of past income in the form of wage loss compensation benefits.

**WHEREFORE,** Plaintiff, CARLA WEINHEIMER, prays for Judgment in her favor and against the Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, in whatever amount she is found to be entitled, in addition to costs, interest and attorney fees.

    Respectfully submitted,

    LEVINE BENJAMIN, P.C.

    /s/ *Donald W. Busta, Jr.*
    Attorneys for Plaintiff
    100 Galleria Officentre, Suite 411
    Southfield, MI  48034
    Phone (248) 352-5700
    dbusta@levinebenjamin.com

Dated:  August 1, 2023