UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA WEINHEIMER,

    Plaintiff,

v.

    Case No. 1:23-cv-818

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement and Request for Stay (ECF No. 10) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **December 12, 2023**.

**IT IS FURTHER ORDERED** that all other filing deadlines are suspended pending further order of the Court.

Dated:  November 1, 2023

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge